# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                                       Criminal No. 16-246 (JRT/FLN)

         Plaintiff,

v.                                       **ORDER**

LAWRENCE W. MILLER and
LAWRENCE T. HAGEN,

         Defendants.

     Paul C. Engh, 200 South Sixth Street, Suite 420, Minneapolis, MN 55402, for defendant Lawrence W. Miller.

     Kevin J. Short, 150 South Fifth Street, Suite 3260, Minneapolis, MN 55402, for defendant Lawrence T. Hagen.

     The Court hereby **ORDERS** return of the passports of Mr. Miller and Mr. Hagen to their respective attorneys, Paul Engh and Kevin Short.

DATED: March 13, 2018                        _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                     JOHN R. TUNHEIM
                                                                       Chief Judge
                                                    United States District Court